**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-14-134 |
| | § | |
| | § | |
| | § | |
| LUIS M. GONZALEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No.24).  The court finds that the interests of justice are served by  granting  this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The  motion for continuance is GRANTED. The docket control order is amended as follows:

Motions are to be filed by:                       February 10, 2015
Responses are to be filed by:                   February 23, 2015
Pretrial conference is reset to**:               March 2, 2015 at 8:45 a.m.**
Jury trial and selection are reset to:        **March 9, 2015  at 9:00 a.m.**


SIGNED on November 26, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge